**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | **Civil No.** _____ |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY** | § | |
| **COMMISSIONER, THE ESTATE OF** | § | |
| **BEN NEECE, INDIVIDUALLY, AND AS** | § | |
| **A BROWNSVILLE CITY** | § | |
| **COMMISSIONER, AND THE** | § | |
| **BROWNSVILLE FIREFIGHTERS** | § | |
| **ASSOCIATION LOCAL 970** | § | |
| **Defendant.** | § | **JURY DEMANDED** |

## DEFENDANTS' NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW defendants the CITY OF BROWNSVILLE and JARRETT SHELDON, Individually and as Fire Chief for City of Brownsville ("Defendants") herein and file this Notice of Removal pursuant to 28 U.S.C. § 1446 on the basis that Plaintiff's state-court petition invokes federal-question jurisdiction and removal is proper to this Court. In support thereof, Defendants would respectfully show this Honorable Court the following:

### I. Introduction

1.     On March 31, 2026 Carlos Alberto Elizondo, ("Plaintiff") filed his *Original Petition* ("Petition") alleging claims against Defendants. Plaintiff's Petition was filed in the 138th Judicial District Court of Cameron County, Texas. Plaintiff alleges claims, including federal claims under 42 U.S.C. § 1983 for alleged violations of his rights under "federal civil

rights laws" and the First, Fourth and Fourteenth Amendments to the United States Constitution. *See* Petition, ¶¶ p. 5.55, 5.66.

2.      Plaintiff's suit is removable on the face of Plaintiff's Petition, as it expressly invokes federal question jurisdiction.

3.      Defendants timely file this removal within the 30-day period required under 28 U.S.C. §1446(b), as Defendant City of Brownsville was served with Plaintiff's Petition on April 8, 2026 and Defendant Jerrell Sheldon was served with Plaintiff's Petition on August 7, 2026.

## II.  Basis for Removal

4.      As stated previously, Plaintiff sues Defendants alleging violations of his federally protected constitutional rights under 42 U.S.C. § 1983.  Removal is proper because Plaintiff's suit involves at least one claim raising a federal question. *See* 28 U.S.C. §§1331, 1441.  Further, the Court should exercise supplemental jurisdiction over Plaintiff's state law claims, as such are similar to and intertwined with Plaintiff's federal theories.

5.      Defendants are two of the five defendants named in the "Parties" section of the Petition.  All properly named and served defendants consent to removal as required under 42 U.S.C. § 1446.  Defendant the Estate of Ben Neece has not been served, but regardless consents to this removal as noted by the Estate's signature below.  Defendant Cesar De Leon has not been properly served, but regardless consents to this removal as noted by his counsel's signature below.  Defendant The Brownsville Firefighters Association Local 970 has not been served as of this removal.

6.      All pleadings, process, orders and other filings in the state court action are filed concurrently with this notice as required by 28 U.S.C. § 1446(a) and Local Rule 81.  A copy of an index of all documents filed in the state court is attached as Exhibit A.  A copy of the state

court's docket sheet is attached as Exhibit B.  A copy of the documents filed in the state court prior to removal are attached as Exhibit C.[1]  A copy of a list of all counsel of record, including addresses, telephone numbers, email addresses and parties represented are attached as Exhibit D. A copy of Defendants' Notice of Filing of Notice of Removal to Federal Court, not yet filed but to be filed in the state court after removal is attached as Exhibit E.  A copy of Civil Cover Sheet as required by Local Rule LR3 is attached as Exhibit F.

7.      Venue is proper in this district under 28 U.S.C. § 1441(a) because this District and Division embrace the place where the removed action has been pending. Specifically, the District Court for Cameron County, Texas, 138th Judicial District, where Plaintiff initiated suit, is located within the Southern District of Texas, Brownsville Division.

8.      Plaintiff included a jury demand in their original petition prior to removal.

9.      Defendants are promptly filing a copy of this Notice of Removal with the clerk of the District Court for Cameron County, Texas, 138th Judicial District, where the action has been pending.

10.     Defendants, concurrent with the filing of this Notice of Removal, are providing this Notice of Removal to all parties of record who have been served and appeared.

### III.  Conclusion

WHEREFORE, PREMISES CONSIDERED, pursuant to the above-referenced statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, Defendants the CITY OF BROWNSVILLE and JARRETT SHELDON, Individually and as Fire Chief for City of Brownsville, pray that this action be removed from the 138th Judicial District Court of Cameron County, Texas to this Honorable Court.

---

[1] Defendants have not answered in the state court proceeding, and their deadline to file responsive pleadings is seven (7) days after removal.  *See* FED. R. CIV. P. 81(c)(2).

Respectfully submitted,

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**
kevin@txmunicipallaw.com
*Attorney-In-Charge*
State Bar No. 24047314
Southern District Admission 3/1/2007
**MESSER FORT, PLLC**
6371 Preston Road, Suite 200
Frisco, TX  75034
972.668.6400 – Telephone
972.668.6414 – Facsimile
**ATTORNEY FOR DEFENDANTS**

### Consent to Removal

Defendant The Estate of Ben Neece, individually and as Brownsville City Commissioner has not been served.  Regardless, The Estate of Ben Neece, by its counsel's signature below, consents to this removal to federal court.

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**
Counsel for The Estate of Ben Neece

Defendant Cesar de Leon, individually and as Brownsville City Commissioner has not been properly served.  Regardless, Cesar de Leon, by his counsel's signature below, consents to this removal to federal court.

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**
Counsel for Cesar de Leon

### CERTIFICATE OF SERVICE

I certify that a true and correct copy the foregoing pleading was served according to the Federal Rules of Civil Procedure on all parties of record on the 1st day of May 2026.

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**