**EXHIBIT**

**A**

_____

exhibitsticker.com

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | **Civil No. _____** |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY** | § | |
| **COMMISSIONER, THE ESTATE OF** | § | |
| **BEN NEECE, INDIVIDUALLY, AND AS** | § | |
| **A BROWNSVILLE CITY** | § | |
| **COMMISSIONER, AND THE** | § | |
| **BROWNSVILLE FIREFIGHTERS** | § | |
| **ASSOCIATION LOCAL 970** | § | **JURY DEMANDED** |
| **Defendant.** | | |

### DEFENDANTS' INDEX OF DOCUMENTS FILED IN STATE COURT

| Index No.: | Document: | Date: |
|---|---|---|
| 1 | Civil Docket Sheet | |
| 2. | Plaintiff's Original Petition, Request for Disclosure, and Jury Demand | 3/31/2026 |
| 3. | Citation - Jarrett Sheldon | 4/2/2026 |
| 4. | Citation - City of Brownsville | 4/2/2026 |
| 5. | Citation - Cesar De Leon | 4/2/2026 |
| 6. | Citation – Brownsville Firefighters Association Local 970 | 4/2/2026 |

Respectfully submitted,

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**
kevin@txmunicipallaw.com
*Attorney-In-Charge*
State Bar No. 24047314
Southern District Admission 3/1/2007
**MESSER FORT, PLLC**
6371 Preston Road, Suite 200
Frisco, TX  75034
972.668.6400 – Telephone
972.668.6414 – Facsimile
**ATTORNEYS FOR DEFENDANTS**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy the foregoing pleading was served according to the Federal Rules of Civil Procedure on all parties of record on the 1st day of May 2026.

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**