**CERTIFIED COPY**

EXHIBIT

**B**

exhibitsticker.com

38th District Court

# CASE SUMMARY
## CASE NO. 2026-DCL-01820

| | | |
|---|---|---|
| Carlos Alberto Elizondo | § | Location: **138th District Court** |
| vs. | § | Judicial Officer: **Garcia, Gabriela** |
| City of Brownsville,Jarrett **Sheldon**,Cesar De Leon,Estate | § | Filed on: **03/31/2026** |
| of Ben Neece,Brownsville **Firefighters Association Local** | § | |
| 970 | | |

---

### CASE INFORMATION

| | |
|---|---|
| Case Type: | **Civil-Other Civil** |
| Case Status: | **03/31/2026   Pending** |
| Case Flags: | **Jury Fee Paid** |

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2026-DCL-01820 |
| Court | 138th District Court |
| Date Assigned | 03/31/2026 |
| Judicial Officer | Garcia, Gabriela |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | **Elizondo, Carlos Alberto** | **BARRERA, MARCUS C.** |
| | | *Retained* |
| | | (956)287-7555(W) |
| Defendant | **Brownsville Firefighters Association Local 970** | |
| | **City of Brownsville** | |
| | **De Leon, Cesar** | |
| | **Estate of Ben Neece** | |
| | **Sheldon, Jarrett** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 03/31/2026 | Original Petition **(OCA)**<br>*Plaintiff's Original Petition, Request for Disclosure, and Jury Demand* | |
| 03/31/2026 | Efiled Original Petition Document<br>*Plaintiff's Original Petition, Request for Disclosure, and Jury Demand* | |
| 04/02/2026 | Citation Issued<br>Party: **Defendant  Sheldon, Jarrett**<br>*Emailed Citation to melissa@bsmlawyers.com as Per Efile Request* | |
| 04/02/2026 | **Citation**<br>Sheldon, Jarrett                    **unserved** | |
| 04/02/2026 | Citation Issued<br>Party: **Defendant  City of Brownsville**<br>*Emailed Citation to melissa@bsmlawyers.com as Per Efile Request* | |

**A TRUE COPY I CERTIFY**
**LAURA PEREZ-REYES** - DISTRICT CLERK
**04/30/2026**
DISTRICT COURT OF CAMERON COUNTY, TEXAS
By:_____ Deputy
**Marisol Guajardo**

DISTRICT COURT CAMERON COUNTY, TEXAS

0/2026 at 1:34 PM

# CERTIFIED COPY

38TH DISTRICT COURT

## CASE SUMMARY
### CASE NO. 2026-DCL-01820

| | | |
|---|---|---|
| 04/02/2026 | **Citation**<br>City of Brownsville | unserved |
| 04/02/2026 | Citation Issued<br>Party: Defendant De Leon, Cesar<br>*Emailed Citation to melissa@bsmlawyers.com as Per Efile Request* | |
| 04/02/2026 | **Citation**<br>De Leon, Cesar | unserved |
| 04/02/2026 | Citation Issued<br>Party: Defendant Brownsville Firefighters Association Local 970<br>*Emailed Citation to melissa@bsmlawyers.com as Per Efile Request* | |
| 04/02/2026 | **Citation**<br>Brownsville Firefighters Association Local 970 | unserved |
| 03/31/2026 | Jury Fee Paid **(OCA)**<br>Party: Plaintiff Elizondo, Carlos Alberto | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** Elizondo, Carlos Alberto | |
| | Total Charges | 400.00 |
| | Total Payments and Credits | 400.00 |
| | **Balance Due as of 04/30/2026** | **0.00** |

A TRUE COPY I CERTIFY
LAURA PEREZ-REYES - DISTRICT CLERK
04/30/2026
DISTRICT COURT OF CAMERON COUNTY, TEXAS
By: _____ Deputy
Marisol Guajardo