**EXHIBIT**

**D**
_____

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | Civil No. _____ |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY** | § | |
| **COMMISSIONER, THE ESTATE OF** | § | |
| **BEN NEECE, INDIVIDUALLY, AND** | § | |
| **AS A BROWNSVILLE CITY** | § | |
| **COMMISSIONER, AND THE** | § | |
| **BROWNSVILLE FIREFIGHTERS** | § | |
| **ASSOCIATION LOCAL 970** | § | **JURY DEMANDED** |
| **Defendant.** | | |

## DEFENDANTS' INDEX OF COUNSEL OF RECORD AND PARTIES

**Plaintiff:**                                         **Counsel:**

Carlos Alberto Elizondo                    Marcus C. Barrera, J.D., M.B.A
                                                            marcus@bsmlawyers.com
                                                            BARRERA, SANCHEZ & ASSOCIATES, P.C.
                                                            10113 N. 10th Street, Ste. A
                                                            McAllen, Texas 78504
                                                            (956)287-7555 – Telephone Number


**Defendants:**                                      **Counsel:**

City of Brownsville                             KEVIN M. CURLEY
Jarrett Sheldon                                 kevin@txmunicipallaw.com
                                                            MESSER FORT, PLLC
Cesar De Leon                                  6371 Preston Road, Suite 200
The Estate of Ben Neece                  Frisco, TX  75034
                                                            972.668.6400 – Telephone

**Defendant**                          **Counsel:**

Brownsville Firefighters              Unknown at this time
Association Local 970


                              Respectfully submitted,


                              */s/Kevin M. Curley*
                              **KEVIN M. CURLEY**
                              kevin@txmunicipallaw.com
                              *Attorney-In-Charge*
                              State Bar No. 24047314
                              Southern District Admission 3/1/2007
                              **MESSER FORT, PLLC**
                              6371 Preston Road, Suite 200
                              Frisco, TX  75034
                              972.668.6400 – Telephone
                              972.668.6414 – Facsimile
                              **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy the foregoing pleading was served according to the Federal Rules of Civil Procedure on all parties of record on the 1st day of May 2026.

                              */s/Kevin M. Curley*
                              **KEVIN M. CURLEY**