

**EXHIBIT**

**E**

**CAUSE NO. 2026-DCL-01820**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **138TH JUDICIAL DISTRICT** |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY** | § | |
| **COMMISSIONER, THE ESTATE OF** | § | |
| **BEN NEECE, INDIVIDUALLY, AND** | § | |
| **AS A BROWNSVILLE CITY** | § | |
| **COMMISSIONER, AND THE** | § | |
| **BROWNSVILLE FIREFIGHTERS** | § | |
| **ASSOCIATION LOCAL 970** | § | |
| **Defendant.** | § | **CAMERON COUNTY, TEXAS** |

**NOTICE OF FILING OF**
**NOTICE OF REMOVAL TO FEDERAL COURT**

TO THE HONORABLE DISTRICT COURT JUDGE:

Please take notice that the **CITY OF BROWNSVILLE and JARRETT SHELDON, Individually and as Fire Chief for City of Brownsville,** Defendants in the above-styled cause, have on this date filed their Notice of Removal, a copy of which is attached hereto as Exhibit "A," in the office of the Clerk of the United States District Court for the Southern District of Texas, Brownsville Division.

By filing a copy of this Notice of Removal with the 138th Judicial District Court of Cameron County, Texas, the Defendants have affected the removal of this cause from the 138th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division, in accordance with 28 U.S.C. § 1446(d).

The Court is respectfully requested to proceed no further in this action, unless and until

such time as the action may be remanded by order of the United States District Court.

/s/ Kevin M. Curley
**KEVIN M. CURLEY**
kevin@txmunicipallaw.com
*Attorney-In-Charge*
State Bar No. 24047314
Southern District Admission 3/1/2007
**MESSER FORT, PLLC**
6371 Preston Road, Suite 200
Frisco, TX   75034
972.668.6400 – Telephone
972.668.6414 – Facsimile
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing document has been sent via electronic filing to all counsel of record, on this the 1st day of May 2026.

/s/Kevin M. Curley
**KEVIN M. CURLEY**

NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT                    PAGE  2