**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00491 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF BROWNSVILLE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO REMOVAL**

Brownsville Firefighters Association Local 970, one of the Defendants in the above-styled and numbered cause, hereby consents to the removal of Cause No. 2026-DCL-01820, styled *Carlos Alberto Elizondo v. City of Brownsville, Jarrett Sheldon, Cesar De Leon, Estate of Ben Neece, Brownsville FireFighters Association Local 970*, from the 138th District Court of Cameron County, Texas to this Court.

Respectfully submitted,

*/s/Matt Bachop*
Matt Bachop
Deats Durst & Owen, P.L.L.C.
2901 Bee Caves Rd., Ste. L
Austin, TX 78746
Texas Bar No. 24055127
mbachop@ddollaw.com

*/s/Mark J. Murphy*
Mark J. Murphy (*Pro Hac Vice Motion to be filed*)
Tamara Y. Imam (*Pro Hac Vice Motion to be filed*)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1620 Eye Street, NW, Suite 700
Washington, DC 20006
mmurphy@mooneygreen.com
timam@mooneygreen.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, a copy of the foregoing Consent to Removal was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*/s/ Matt Bachop*
Matt Bachop