United States District Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:26-cv-00491 |
|---|---|---|---|

| Carlos Alberto Elizondo |
|---|
| *versus* |
| City of Brownsville, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Mark J. Murphy<br>Mooney, Green, Saindon, Murphy, & Welch, P.C.<br>1620 Eye Street NW, Suite 700, Washington, DC 20006<br>(202) 783- 0010 mmurphy@mooneygreen.com<br>DC Bar No. 453060<br>USDC for DC Bar No. 453060 |
|---|---|

| Name of party applicant seeks to appear for: | Defendant Brownsville Firefighters Association Local 970 |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No __✔__ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 6/4/2026 | Signed: | /s/ Mark J. Murphy |
|---|---|---|

| The state bar reports that the applicant's status is:  Active |
|---|
| Dated: 6/5/2026 | Clerk's signature  /s/ Sara Celis |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: June 5, 2026

_____
United States District Judge