**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | **Civil No. 1:26-cv-00491** |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, et al.** | § | |
| **Defendants.** | § | |

## ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION TO STAY PENDING DETERMINATION OF QUALIFIED IMMUNITY

On this day the Court considered defendants Jarrett Sheldon, Cesar de Leon, and the Estate of Ben Neece's Motion to Stay Pending Determination of Qualified Immunity ("Motion"). The Court, having considered the Motion, the pleadings on file, and the applicable law, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that this matter is hereby stayed pending the resolution of the individual defendants' qualified immunity defenses or upon further order of the Court.

SO ORDERED on this the _____ day of _____, 2026.

_____
**U.S. DISTRICT JUDGE**