**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | **CIVIL ACTION NO. 1:26-CV-00491** |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY COMMISSIONER,** | § | |
| **THE ESTATE OF BEN NEECE,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY COMMISSIONER,** | § | |
| **AND THE BROWNSVILLE** | § | |
| **FIREFIGHTERS ASSOCIATION** | § | |
| **LOCAL 970** | § | |

**UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Carlos Alberto Elizondo, files this Unopposed Motion for Continuance of

the Initial Pretrial Conference and respectfully shows the Court as follows:

I.

The Court has set this matter for an Initial Pretrial Conference on July 28, 2026,

at 1:30 p.m.

II.

Plaintiff's lead counsel, Marcus C. Barrera, has a long-planned, prepaid vacation

that was scheduled well before the Court set the Initial Pretrial Conference. Counsel will

be unavailable to appear at the conference on the scheduled date.

III.

Counsel for Plaintiff promptly conferred with counsel for Defendants regarding this request. Defendants are unopposed to a continuance of the Initial Pretrial Conference.

IV.

This request is made in good faith and not for purposes of delay. Plaintiff seeks only a brief continuance so that lead counsel may personally participate in the Initial Pretrial Conference. Granting this request will not prejudice any party, and the parties remain prepared to comply with any deadlines the Court deems appropriate.

PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Court continue the Initial Pretrial Conference currently scheduled for July 28, 2026, to the Court's next available date following counsel's return, and grant Plaintiff such other and further relief to which he may be justly entitled.

Respectfully submitted,

BARRERA, SANCHEZ & ASSOCIATES, PC
10113 N 10th Street, Suite A
McAllen, TX 78504
Tel:  (956) 287-7555
Fax: (956) 287-7711
Email: marcus@bsmlawyers.com and
melissa@bsmlawyers.com

/s/ Marcus C. Barrera
Marcus C. Barrera
State Bar No: 00790271
Attorneys for Carlos Alberto Elizondo

**CERTIFICATE OF CONFERENCE**

On this 6th day of July, 2026, undersigned counsel conferred with counsel for Defendants regarding the relief requested herein, and Defendants indicated they are unopposed to the requested continuance.

/s/  Marcus C. Barrera
Marcus C. Barrera

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was filed via the Court's *ECF system* and caused to be served on all parties through counsel of record pursuant to the Federal Rules of Civil Procedure on July 7, 2026:

Kevin M. Curley
Messer Fort, PLLC
6371 Preston Road, Suite 200
Frisco, Texas 75034
kevin@txmunicipallaw.com

Matt Bachop
Deats Durst &b Owen, PLLC
2901 Bee Caves Rd., Suite L
Austin, Texas 78746
mbachop@ddollaw.com

Mark J. Murphy
Tamara Y. Imam
Mooney Green, Saindon, Murphy & Welch, PC
1620 Eye Street, NW, Suite 700
Washington, DC 20006
mmurphy@mooneygreen.com
timam@mooneygreen.com

/s/  Marcus C. Barrera
Marcus C. Barrera