**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | **CIVIL ACTION NO. 1:26-CV-00491** |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY COMMISSIONER,** | § | |
| **THE ESTATE OF BEN NEECE,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY COMMISSIONER,** | § | |
| **AND THE BROWNSVILLE** | § | |
| **FIREFIGHTERS ASSOCIATION** | § | |
| **LOCAL 970** | § | |

## ORDER GRANTING UNOPPOOSED MOTION FOR CONTINUANCE OF INITIAL PRPETRIAL CONFERENCE

Before the Court is Plaintiff's Unopposed Motion for Continuance of the Initial Pretrial Conference. Having considered the Motion, the Court finds that it is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Continuance of the Initial Pretrial Conference is GRANTED.

IT IS FURTHER ORDERED that the Initial Pretrial Conference currently set for July 28, 2026, at 1:30 p.m., is CONTINUED.

IT IS FURTHER ORDERED that the Court will reset the Initial Pretrial Conference by separate notice.

SIGNED on _____, 2026.


                                           _____

                                           FERNANDO RODRIGUEZ, JR.
                                           UNITED STATES DISTRICT JUDGE