United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-491 |
| | § | |
| CITY OF BROWNSVILLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Carlos Alberto Elizondo requests that the Court reset the Initial Pretrial and Scheduling Conference currently scheduled for July 28, 2026. (Motion, Doc. 31) The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Plaintiff Carlos Alberto Elizondo's Unopposed Motion for Continuance of Initial Pretrial Conference (Doc. 31) is **GRANTED**; and

**ORDERED** that the Initial Pretrial Conference currently scheduled for July 28, 2026, is rese to September 1, 2026, at 1:30 p.m.

Signed on July 8, 2026.

Fernando Rodriguez, Jr.
United States District Judge