UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:26-cv-00491 |
|---|---|---|---|
| | Carlos Alberto Elizondo | | |
| | *versus* | | |
| | City of Brownsville, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Tamara Y. Imam<br>Mooney, Green, Saindon, Murphy, & Welch, P.C.<br>1620 Eye Street NW, Suite 700, Washington, DC 20006<br>(202) 783- 0010 timam@mooneygreen.com<br>DC Bar No. 90003344<br>USDC for DC Bar No. 90003344 |
|---|---|

| Name of party applicant seeks to appear for: | Defendant Brownsville Firefighters Association Local 970 |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   7/20/2026 | Signed:                        /s/ Tamara Y. Imam |
|---|---|

| The state bar reports that the applicant's status is: | |
|---|---|
| Dated: | Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____          _____
                                                          United States District Judge