United States District Court
Southern District of Texas
**ENTERED**
September 01, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-491 |
| | § | |
| CITY OF BROWNSVILLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On September 1, 2026, the Court held a hearing to consider various pending motions. (*See* Motion to Stay Discovery, Doc. 21; City of Brownsville's Motion to Dismiss, Doc. 9; Sheldon's Motion to Dismiss, Doc. 10; Individual Def's' Motion to Dismiss, Doc. 11; Local 970's Motion to Dismiss, Doc. 18) To facilitate the Court's consideration of the issues presented, it is:

**ORDERED** that the Individual Defendants' Motion to Stay Pending Determination of Qualified Immunity (Doc. 21) is **GRANTED**;

**ORDERED** that all settings and deadlines in the case are canceled; and

**ORDERED** that the parties shall not engage in discovery until further notice from the Court.

It is also:

**ORDERED** that by no later than September 18, 2026, Plaintiff Carlos Alberto Elizondo may file an Amended Complaint. Should Plaintiff Carlos Alberto Elizondo not file an Amended Complaint by the indicated deadline, the Court will consider the pending motions to dismiss based on the allegations within the current Petition (Doc. 1–3).

Should Plaintiff Carlos Alberto Elizondo file an Amended Complaint by the indicated deadline, the Court will deny as moot the pending motions to dismiss, and the parties shall comply with the following deadlines. It is:

**ORDERED** that by no later than October 9, 2026, each Defendant shall file an answer, motion, or responsive pleading to the Amended Complaint;

**ORDERED** that by no later than October 23, 2026, Plaintiff Carlos Alberto Elizondo shall file a response to any motion filed by a Defendant; and

**ORDERED** that by no later than October 30, 2026, Defendants shall file a reply.

Signed on September 1, 2026.

Fernando Rodriguez, Jr.
United States District Judge