# B

# Brownsville city commissioner resigns

By **Staff Report** - October 6, 2017



BROWNSVILLE — Cesar De Leon has decided to step down as a Brownsville city commissioner effective immediately.

He resigned in order to focus on his law career, he said.

De Leon submitted his letter of resignation to Brownsville Mayor Tony Martinez and the rest of the city commissioners Thursday.

De Leon said his resignation had nothing to do with pressure from some residents and officials requesting he resign following a racial slur he made against two black Cameron County assistant district attorneys in September.

In a letter sent to the Brownsville City Commission, De Leon said, “It has been a privilege to work with such a dedicated and skilled team at the City of Brownsville. I am deeply grateful for all of the city’s staff for their service and sacrifice on behalf of the community they love.”

When reached for comment, De Leon said he chose to resign because of a conflict of interest between his legal practice and serving on the City Commission.

“There’s a conflict of interest that has risen between my profession and the commission. Because I’m a practicing attorney, conflicts could arise because of the city,” De Leon said.

“I don’t want to jeopardize my profession, so I decided to step down because I have to decide between the city or being an attorney.”

The racial slur was caught on an audio tape and released on social media. De Leon believes the audio tapes were recorded, edited and released by a city employee, with whom De Leon said he was having a private conversation.

“I’ve apologized, I made peace with God, I’ve asked people for forgiveness,” De Leon said. “My resignation has to do more with my legal profession, that there was a conflict of interest that has arisen. We’re not really sure how it affects or will affect other elected officials that have to do business in our courts, because there are some (Attorney General) opinions and some ethics opinions from the (Texas) State Bar that basically say that if you’re an elected official you really can’t practice in the county courts.”

De Leon was elected to office May 9, 2015, and his term would have expired May 20, 2019.

Martinez understood the circumstances of De Leon’s resignation and commended him on his hard work.

"I like to work with the people that got elected but, you know, it is what it is. I can't foretell the future, but he was a hard worker. He is a hard worker and, like I said, only he can decide what he thinks is best for himself and for the city," Martinez said.

Brownsville Public Information Officer Roxanna Rosas said the city manager and city secretary offices are looking into the city charter and Texas Election Code to determine what to do with the now vacant commissioner seat.

"We'll be making those recommendations to our mayor and our city commission, and we will be notifying the community of what those steps will be," Rosas said.

**Staff Report**

Founded in 1909, The Monitor is committed to providing readers in the Hidalgo and Starr counties with the best quality of news in the Rio Grande Valley. Got a news tip? Our inbox and email (news@themonitor.com) are always open.

70°

WATCH NOW Watch Now NBC 23 News at 4PM




LOCAL NEWS

# Brownsville fire chief allegedly withdrew thousands from account he oversaw

*The Brownsville Firefighters Association continues to investigate how about $8,000 went missing from an account during a two-year period.*

by: Patrick Chalvire
Posted: Aug 17, 2017 / 11:18 PM CDT
Updated: Aug 17, 2017 / 11:18 PM CDT

SHARE

The Brownsville Firefighters Association continues to investigate how about $8,000 went missing from an account during a two-year period.

Brownsville Firefighters Association president Jorge Lerma claims current Fire Chief Carlos Elizondo allegedly withdrew about $8,000 from the associations' Political Action Committee account when Elizondo was president from Jan. 2014 to May 2016.

"We just started looking at some expenditures, some that were questionable– like for instance ATM withdrawals, checks that were written for reimbursements, but with no information as to what or where those funds went," Lerma said.

Lerma says since he took the reins of the association back in March, he's tried to make sure everything is done by the books. So, when the withdrawals raised a red flag, he reached out to Elizondo in May to try and get answers.

"To identify those expenditures and to identify the PAC committee that made the decisions for these expenditures and we, to this day, we haven't gotten an answer," said Lerma.

Elizondo initially told CBS 4 News he would be available for comment on this story, but has not returned our calls.

"He had exclusive control of the account," said Lerma.

When Lerma investigated further into the case, he discovered documents from the Texas Ethics Commission which, he says, left him in shock.

"We found a document that suggests that he wasn't even– shouldn't have been allowed to be handling PAC funds, and we do have a document that indicates that back in 2010," Lerma said. "We just weren't advised or aware of it. He didn't make the association aware of it."

Cameron County District Attorney Luis Saenz released the following statement to CBS 4 News:

"I can confirm that the DA's office has been asked by the Brownsville Police Department to take over the investigation of the alleged case on Fire Chief Carlos Elizondo."

**ADD AS PREFERRED SOURCE ON GOOGLE**

Suggest a Correction

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

BESTREVIEWS

**Amazon Big Spring Sale home deals worth shopping**

BATHROBES & PAJAMAS / 2 Hours Ago

There are early home deals worth shopping ahead of Amazon's Big Spring Sale Spring is the perfect time to refresh your home and get it looking gorgeous for the coming warmer months. That's why Amazon's Big Spring Sale is so perfectly timed. You can …

READ NEXT >

LUPE addresses sexual misconduct allegations against Cesar Chavez



READ NEXT >

Next story in 5

87°

**WEATHER ALERT**
Rip Current Statement: Cameron Island, Willacy Island




LOCAL NEWS

# Brownsville fires city attorney

*The Brownsville City Commission fired City Attorney Mark Sossi on Tuesday.*

by: Stephen Sealey
Posted: Aug 16, 2017 / 12:55 PM CDT
Updated: Aug 16, 2017 / 12:55 PM CDT

**SHARE**

The Brownsville City Commission fired City Attorney Mark Sossi on Tuesday.

The City Commission voted 5-2 to fire Sossi during a meeting Tuesday night.

“It definitely was something that was overdue.” said City Commissioner Jessica Tetreau-Kalifa. “Nothing personal, nothing — just the fact that every so often the Commission needs to evaluate the best system that we have in place and the best way that our city government is functioning for our community members.”

Tetreau-Kalifa, Mayor Tony Martinez, Commissioner César De León, Commissioner Rose M.Z. Gowen and Commissioner Ben Neece voted to terminate the city attorney. Commissioner Ricardo Longoria Jr. and Commissioner Joel Munguia voted against the motion.

After the City Commission voted, Sossi left the room. He couldn’t immediately be reached for comment.

The City Commission may appoint an interim city attorney within the next week.

**ADD AS PREFERRED SOURCE ON GOOGLE**

Suggest a Correction

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

BESTREVIEWS

### Swarovski 'Shrek' figurines are stunning, weird and …

DECOR / 2 Hours Ago

Who knew all we were missing in life was a Shrek Swarovski figurine? Sometimes luxury collectibles take themselves very seriously. Swarovski's new Shrek collection does the opposite. But maybe that's why it kind of works? The crystal brand known …

READ NEXT >

Mega Slots: How one couple bet the house on a game room and lost it all



READ NEXT >

Next story in 5

81°

**WEATHER ALERT**
Rip Current Statement: Cameron Island, Willacy Island

LOCAL NEWS

# Elizondo "Suspended Without Pay" Following Felony Arrest

by: Derick Garcia
Posted: Oct 18, 2017 / 07:28 PM CDT
Updated: Oct 18, 2017 / 07:28 PM CDT

SHARE

Full EMS Audit Report Click Here

"Things are happening a little fast but you can't stop the clock" said Brownsville Mayor Tony Martinez shortly after Tuesday's City Council Meeting. Four hours before the city meeting, Carlos Elizondo surrendered to Cameron County District Attorney Investigators, escorted by his attorney. At around 9 am, Brownsville Police and Cameron County District Attorney Special Investigators, searched Elizondo's home. The former Brownsville Fire Chief is charged with theft by a public servant and misapplication of fiduciary property, both third-degree felonies. The misapplication charge is when "a person commits an offense if he/she intentionally, knowingly, or recklessly misapplies property he/she holds as a fiduciary or property of a financial institution in a manner that involves substantial risk of loss to the owner of the property or to a person for whose benefit the property is held."

Wednesday, Brownsville Public Spokesperson Roxanna Rosas, confirmed,

*"The City of Brownsville has placed Brownsville Fire Department Fire Lieutenant Carlos Elizondo on suspension without pay effective immediately, following two felony charges: Theft by a Public Servant and Misapplication of Fiduciary Property. Due to the ongoing investigation surrounding Carlos Elizondo, the City of Brownsville refers all inquiries to the District Attorney's Office."*

Prior to Elizondo's arrest, he was on paid administrative leave.

The arrest and search warrant are presumably linked to his alleged involvement with the illegal operation of, Intercity, a private ambulance company transporting non-emergency patients. KVEO News Center 23 has reported extensively on an audit report conducted by City Commissioners and the findings are part of an ongoing criminal investigation. Brownsville Police denied our request for the non-emergency calls but said in a statement "the information you are requesting pertains to an ongoing joint criminal investigation between Brownsville PD and District Attorney's office, and it is not subject to disclosure."

According to the report, calls were rerouted to the private company by deputy fire chief Ernesto Estrada and Elizondo. Following the money, after January 3, 2017 most calls had an $800 fee, which according to the report was diverted from the City's coffers to the private company totaling $62,400.

City manager Charlie Cabler was aware of the operation, the day after Christmas and allowed it to happen until at least into June of this year. It wasn't until September 7, 2017, when Cabler, demoted Elizondo from chief to lieutenant.

According the report, Elizondo said, Intercity's operations were authorized by Cabler and former city attorney Mark Sossi. However, Sossi denied any knowledge.

Following the arrest, "It's unacceptable the public deserves better and these Audits and things are just finding it's very hard to be a public official who is somebody that's willing to stand up for that because we do face a lot of backlash" said City Commissioner Jessica Tetreau who serves on the audit committee.

Cabler's name has been at the center of controversy since a leaked audio recording surfaced online. Commissioner Cesar De Leon and former Brownsville Fire Chief Carlos Elizondo's private **conversation was posted online via an anonymous website** but the nature of the conversation made national headlines. De Leon is head using racist language aimed at black Cameron County District Attorneys. De Leon said the recording was released as a relation for Elizondo being demoted to lieutenant. However, an audit report conducted by the newly formed City Commissioners Audit Committee uncovered more than 70 non-emergency calls were diverted to a private company by Elizondo and Deputy Chief Ernesto Estrada. **The report also confirmed,** Cabler demoted Elizondo 6 months after the calls had been diverted and allowed the illegal operation to occur.

Cabler's retirement letter obtained by News Center 23, indirectly addresses the controversy of the tapes and his alleged involvement in the EMS operations, "I am deeply concerned that my continued presence will serve to further distract our noble commission form securing a full and transparent audit into the issues."

Cabler wrote "I am respectfully requesting due compensation immediately in accordance with my employment contract." (News Center 23 has requested a copy of his contact.)

The two page retirement letter highlights his career accolades with the Brownsville Police Department, volunteerism and commitment to family. "I have come to this decision in order to encourage our City Commission to move past these recent issues as quickly as possible." wrote Cabler. The letter is closed with "I wish each of you and the City of Brownsville a prosperous future. Sincerly, Charlie Cabler"

CONTENT CONTINUES BELOW SURVEY

Tuesday, October 17th, City Commissioners will formally accept Cabler's resignation.

The District Attorney's Office requested Carlos Elizondo's bonds be set at $30,000 for each charge, but Associate Judge Sorolla denied the District Attorney's request and set the bonds at $8,500 for each charge.

Full EMS Audit Report **Click Here**

Cabler's Retirement Letter **Click Here**

**ADD AS PREFERRED SOURCE ON GOOGLE**

**READ NEXT >**

**Mega Slots: How one couple bet the house on a game room and lost it all**



**READ NEXT >**

**Next story in 5**

Cancel

**The Crocs x LoveShackFancy collab just dropped — ...**

CASUAL / 19 Hours Ago

All LoveShackFancy collabs sell out quickly Wake up, babes. A new Crocs collab just dropped, and it might be the prettiest, most whimsical one yet. Crocs has teamed up with LoveShackFancy to release a new collection that leans fully into the brand's …

READ NEXT >

**Mega Slots: How one couple bet the house on a game room and lost it all**



READ NEXT >

Next story in 5

81°

**WEATHER ALERT**
Rip Current Statement: Cameron Island, Willacy Island

LOCAL NEWS

# Ex-Fire Chief's Home Raided, Arrested Amid Illegal EMS Operation

by: Derick Garcia
Posted: Oct 17, 2017 / 10:51 PM CDT
Updated: Oct 17, 2017 / 10:54 PM CDT

SHARE

Escorted by his attorney, Carlos Elizondo surrendered to Cameron County District Attorney Investigators hours after his Brownsville home was raided. The former Brownsville Fire Chief is charged with theft by a public servant and misapplication of fiduciary property, both third-degree felonies. The misapplication charge is when "a person commits an offense if he/she intentionally, knowingly, or recklessly misapplies property he/she holds as a fiduciary or property of a financial institution in a manner that involves substantial risk of loss to the owner of the property or to a person for whose benefit the property is held."

The arrest and search warrant are presumably linked to his alleged involvement with the illegal operation of, Intercity, a private ambulance company transporting non-emergency patients. KVEO News Center 23 has reported extensively on an audit report conducted by City Commissioners and the findings are part of an ongoing criminal investigation. Brownsville Police denied our request for the non-emergency calls but said in a statement "the information you are requesting pertains to an ongoing joint criminal investigation between Brownsville PD and District Attorney's office, and it is not subject to disclosure."

According to the report, calls were rerouted to the private company by deputy fire chief Ernesto Estrada and Elizondo. Following the money, after January 3, 2017 most calls had an $800 fee, which according to the report was diverted from the City's coffers to the private company totaling $62,400.

City manager Charlie Cabler was aware of the operation, the day after Christmas and allowed it to happen until at least into June of this year. It wasn't until September 7, 2017, when Cabler, demoted Elizondo from chief to lieutenant.

According the report, Elizondo said, Intercity's operations were authorized by Cabler and former city attorney Mark Sossi. However, Sossi denied any knowledge.

Cabler's name has been at the center of controversy since a leaked audio recording surfaced online. Commissioner Cesar De Leon and former Brownsville Fire Chief Carlos Elizondo's private conversation was posted online via an anonymous website but the nature of the conversation made national headlines. De Leon is head using racist language aimed at black Cameron County District Attorneys. De Leon said the recording was released as a relation for Elizondo being demoted to lieutenant. However, an audit report conducted by the newly formed City Commissioners Audit Committee uncovered more than 70 non-emergency calls were diverted to a private company by Elizondo and Deputy Chief Ernesto Estrada. The report also confirmed, Cabler demoted Elizondo 6 months after the calls had been diverted and allowed the illegal operation to occur.

Cabler's retirement letter obtained by News Center 23, indirectly addresses the controversy of the tapes and his alleged involvement in the EMS operations, "I am deeply concerned that my continued presence will serve to further distract our noble commission form securing a full and transparent audit into the issues."

Cabler wrote "I am respectfully requesting due compensation immediately in accordance with my employment contract." (News Center 23 has requested a copy of his contact.)

The two page retirement letter highlights his career accolades with the Brownsville Police Department, volunteerism and commitment to family. "I have come to this decision in order to encourage our City Commission to move past these recent issues as quickly as possible." wrote Cabler. The letter is closed with "I wish each of you and the City of Brownsville a prosperous future. Sincerly, Charlie Cabler"

Tuesday, October 17th, City Commissioners will formally accept Cabler's resignation.

The District Attorney's Office requested Carlos Elizondo's bonds be set at $30,000 for each charge, but Associate Judge Sorolla denied the District Attorney's request and set the bonds at $8,500 for each charge.

Full EMS Audit Report Click Here

Cabler's Retirement Letter Click Here

**ADD AS PREFERRED SOURCE ON GOOGLE**

Suggest a Correction

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

BESTREVIEWS

READ NEXT >

Mega Slots: How one couple bet the house on a game room and lost it all



READ NEXT >

Next story in 5

Cancel

# Former Brownsville Fire Chief Accused of Theft Released on Bond

October 17, 2017 4:16 PM in News

Share:

BROWNSVILLE – The former Brownsville fire chief arrested Tuesday on third-degree felony charges was released after posting bail.

CHANNEL 5 NEWS learned Carlos Elizondo surrendered to the Cameron County District Attorney's Office Tuesday afternoon.

We captured the moment Elizondo was escorted out of the DA's office in handcuffs. He was put in a unit and transported to the Carrizales-Rucker Detention Center in Olmito.

The Cameron County District Attorney's Office did not confirm the reason for Elizondo's arrest.

CHANNEL 5 NEWS spoke to Elizondo's attorney, Noe D. Garza Jr., as he was leaving his office. He told us the charges are breach of fiduciary duty and theft by a public servant.

"It's not normal procedure that you turn yourself in at the districts attorney's office and have the media waiting for you," he said. "Normally, the process is you are arrested by an agency, you're taken to the sheriff's department – as we were also willing to do that, so I don't see what the purpose of that was. The charges are bogus and we intend to litigate them fully in court," he said.

Earlier on Tuesday, investigators with the DA's office, along with Brownville police, executed a search warrant at Elizondo's home. It's unknown what was confiscated from the residence.

The fire chief was demoted to lieutenant in September after an audit revealed he authorized the rerouting of nearly 80 emergency calls to a private ambulance company. The audit alleges the orders cost the city a loss of income of more than $62,000.

Prior to that discovery, the firefighters union also raised allegations that thousands of dollars were missing from their funds; accounts which Elizondo oversaw.

Elizondo was subsequently placed on paid administrative leave.

According to a statement released by the DA's office, Saenz requested a $30,000 bond for each charge. However, the judge set an $8,500 bond for each count.

He said he expects his client to be out by Tuesday evening.

Report a Typo

## More News

Judge denies request to block evidence in...

Friday, March 6, 2026: Windy and warm,...

New owner working to bring historic Edinburg...

McAllen kicks off $5.6 million drainage project...

Texas Supreme Court holds hearings in Edinburg...

Alamo adding free Wi-Fi at city park

Closed Captioning | Employment | Ad Choices | KRGV-TV Public File | Contact Us | Privacy Statement | Terms of Use | Contrato de Terminos y Coniciones de Uso

Copyright 2026 MOBILE VIDEO TAPES, INC. (dba KRGV), 900 East Expressway, Weslaco, TX 78596.

All Rights Reserved. Powered by: Ruby Shore Software

# Former Brownsville Fire Chief Pleads Not Guilty to Theft Charges

November 09, 2017 1:27 PM in News

Share:

BROWNSVILLE – The former Brownsville fire chief made his first court appearance since his arrest.

Carlos Elizondo pleaded not guilty to the two charges against him, misappropriation of fiduciary funds and theft by a public official; both third-degree felonies.

His attorney, Eddie Lucio, said Elizondo has been greatly impacted by his unpaid suspension from the Brownsville Fire Department and his reputation has been tarnished.

He said the suspension was premature.

"It's hurtful, it's painful and, unfortunately, the only remedy we have is to take this to trial and make them prove these allegations that they brought against him. Because they are serious allegations," he said.

Elizondo has been with the Brownsville Fire Department for 21 years.

He was demoted from fire chief to lieutenant in September and then put on suspension without pay last month following his arrest.

Report a Typo

## More News

LUPE responds to 'disturbing allegations' involving founder...

Registered sex offender arrested after attempting to...

WATCH: Gov. Abbott attends graduation ceremony of...

Alton father accused of killing family's attacker...

2 women killed in Mercedes crash caused...

Brownsville double homicide suspect dies by suicide...

Closed Captioning | Employment | Ad Choices | KRGV-TV Public File | Contact Us | Privacy Statement | Terms of Use | Contrato de Terminos y Coniciones de Uso

Copyright 2026 MOBILE VIDEO TAPES, INC. (dba KRGV), 900 East Expressway, Weslaco, TX 78596.

All Rights Reserved. Powered by: Ruby Shore Software

# Former Brownsville Fire Chief's Indictment Says Thousands Unaccounted For in Union PAC Fund

October 19, 2017 6:54 PM in News

Share:

BROWNSVILLE – The indictment against the former Brownsville fire chief reveals the two charges he faces stem from missing money from a Brownsville Firefighters Association fund.

The "PAC" fund uses the money to support political campaigns. According to the indictment, thousands of dollars went unaccounted for when Elizondo oversaw that fund.

The Brownsville Firefighters Department has about 200 employees. About 90 percent of those are part of the BFA, according to union president Jorge Lerma.

Besides paying their dues to the association, Lerma said some firefighters also voluntarily donate $3 to $10 from each paycheck to the "PAC" fund.

He said that averages about $8,000 to $9,000 per year.

Lerma and the union members could not meet with CHANNEL 5 NEWS Thursday since they are out of town for training with the Texas Ethics Commission. He did, however, speak to us over the phone.

"It's not unusual for us to help out a candidate that's got very little chance to win, as long as they are honest and sincere and they really have their heart into the election, and into the responsibility of being an elected official," Lerma said.

The indictment against Elizondo was filed Wednesday and states he had control over the PAC fund from May 2010 to March 2016. The indictment also alleges during that time, he knowingly and unlawfully misappropriated the money.

Elizondo took our call Thursday but did not want to comment about the indictment until reviewing it with his attorney.

On Tuesday, his attorney, Noe D. Garza, said they dispute the findings.

"The charges are bogus and we intend to litigate them fully in court," said Garza.

Lerma said this is about upholding the union's credibility and integrity.

"We're protecting an organization that is representing the firefighters," he said. "If I were encouragingly turning a blind-eye to the rest of the board, and we just keep it hush, hush, I can guarantee you that we would probably lose a lot of credibility within our own members."

Lerma said Elizondo was the only one overseeing PAC funds, until now.

The union currently reports about money in and out to the association at their monthly meetings and a committee now holds a vote on every PAC expenditure.

**UPDATE:**

Elizondo is now on suspension without pay from the Brownsville Fire Department. He was demoted from chief to lieutenant in September.

Report a Typo

## More News

LUPE responds to 'disturbing

Registered sex offender arrested after

WATCH: Gov. Abbott attends

Alton father accused of killing family's attacker...

2 women killed in Mercedes crash caused...

Brownsville double homicide suspect dies by suicide...

Closed Captioning | Employment | Ad Choices | KRGV-TV Public File | Contact Us | Privacy Statement | Terms of Use | Contrato de Terminos y Coniciones de Uso

Copyright 2026 MOBILE VIDEO TAPES, INC. (dba KRGV), 900 East Expressway, Weslaco, TX 78596.

All Rights Reserved. Powered by: Ruby Shore Software