United States District Court
Southern District of Texas
**ENTERED**
September 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-491 |
| | § | |
| CITY OF BROWNSVILLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court are four Motions to Dismiss filed by the various defendants in this case. (*See* City of Brownsville's Motion, Doc. 9; Sheldon's Motion, Doc. 10; Individual Def's' Motion, Doc. 11; Local 970's Motion, Doc. 18) On September 18, 2026, Plaintiff Carlos Alberto Elizondo filed his First Amended Complaint (Doc. 37). As the Court explained in a previous Order (Doc. 36), the filing of the First Amended Complaint leads the Court to deny the pending motions to dismiss as moot.

As a result, it is:

**ORDERED** that Defendant the City of Brownsville's Rule 12(b)(6) Motion to Dismiss (Doc. 9) is **DENIED** as moot;

**ORDERED** that Defendant Jarrett Sheldon's Rule 12(b)(6) Motion to Dismiss (Doc. 10) is **DENIED** as moot;

**ORDERED** that Defendant Cesar de Leon's and the Estate of Ben Neece's Rule 12(b)(6) Motion to Dismiss (Doc. 11) is **DENIED** as moot; and

**ORDERED** that Defendant Brownsville Firefighters Association Local 970's Motion to Dismiss (Doc. 18) is **DENIED** as moot.

The parties shall comply with the deadlines within the Court's September 18, 2026 Order (Doc. 36).

Signed on September 22, 2026.

Fernando Rodriguez, Jr.
United States District Judge