**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00491 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BROWNSVILLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BROWNSVILLE FIREFIGHTERS ASSOCIATION LOCAL 970'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Brownsville Firefighters Association Local 970 (hereinafter "Union" or "Local 970"), by and through undersigned counsel, respectfully requests a one-week extension of the deadline to respond to Plaintiff's First Amended Complaint ("FAC"). In support of this motion, and as good cause shown, the Union states as follows:

1. On March 31, 2026, Plaintiff filed suit against the City of Brownsville and various City officials (the "City Defendants") and Local 970 in Texas state court. The City Defendants removed the case to this Court on May 1, 2026. (Doc. 1). Local 970 timely consented to the removal. (Doc. 17).
2. The Union and the City Defendants each filed motions to dismiss Plaintiff's Complaint. (Docs. 9-11, 18). The Court heard argument on the motions on September 1, 2026 and ultimately granted Plaintiff leave to amend his Complaint. *See* Doc. 36.
3. After the conclusion of the hearing, the Court entered an Order (Doc. 36) establishing, *inter alia*, the following case deadlines:
    a. September 18, 2026 – deadline for Plaintiff to file an amended complaint;

b. October 9, 2026 – deadline for each Defendant to file an answer, motion, or responsive pleading to the Amended Complaint;

c. October 23, 2026 – deadline for Plaintiff to file a response to any motion filed by a Defendant;

d. October 30, 2026 – deadline for Defendants to file a reply.

4. Plaintiff filed his FAC on the September 18, 2026 deadline. (Doc. 37). The Union has been working diligently to investigate the various claims asserted against it by Plaintiff in the FAC. However, undersigned counsel is presently without childcare due to her young child's illness. Accordingly, the Union needs additional time to prepare its response.

5. The Union therefore respectfully requests that the deadlines established in the Court's September 1, 2026 Order be extended as follows:

   a. Deadline for Defendants to respond to Plaintiff's FAC: **October 16, 2026**

   b. Deadline for Plaintiff to file a response to any motion filed by a Defendant: **October 30, 2026**

   c. Deadline for Defendants to file a reply: **November 6, 2026**

6. The Union makes this request in advance of the existing October 9, 2026 deadline to respond to the FAC. This is the Union's first request for an extension of this deadline. This request is made in good faith and not for purposes of delay.

7. Prior to the filing of this motion, undersigned counsel conferred with counsel for all parties. All parties consent to the requested extension.

Respectfully submitted,


*/s/Tamara Y. Imam*
Tamara Y. Imam (*Pro Hac Vice Motion to be filed*)
Mark J. Murphy (*Admitted Pro Hac Vice*)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1620 Eye Street, NW, Suite 700
Washington, DC 20006
timam@mooneygreen.com
mmurphy@mooneygreen.com

*/s/Matt Bachop*
Matt Bachop
Deats Durst & Owen, P.L.L.C.
2901 Bee Caves Rd., Ste. L
Austin, TX 78746
mbachop@ddollaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, a copy of the foregoing Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*/s/ Tamara Y. Imam*
Tamara Y. Imam