**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00491 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BROWNSVILLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Brownsville Firefighters Association Local 970's Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, it is ORDERED by the Court, this _____ day of October, 2026:

1. Defendant's Motion is hereby **GRANTED.**

2. The deadlines established in the Court's September 1, 2026 Order are hereby extended as follows:

   a. Deadline for Defendants to respond to Plaintiff's First Amended Complaint: **October 16, 2026;**

   b. Deadline for Plaintiff to file a response to any motion filed by a Defendant: **October 30, 2026;**

   c. Deadline for Defendants to file a reply: **November 6, 2026.**

BY THE COURT

______________________________
United States District Judge
Alexandria, Virginia

_______________
Date