**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | **Civil No. 1:26-cv-00491** |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, et al.** | § | |
| **Defendant.** | § | **JURY DEMANDED** |

**ORDER GRANTING DEFENDANT JARRETT SHELDON'S SECOND MOTION TO DISMISS**

On this day the Court considered the Second Motion to Dismiss filed by Defendant Jarrett Sheldon ("Motion"). The Motion asks the Court to dismiss, with prejudice, Plaintiff's claims against Sheldon in their entirety. The Court, having considered the Motion, any response and any reply thereto, the pleadings on file, and the applicable law, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's claims against defendant Jarrett Sheldon are hereby, in their entirety, DISMISSED WITH PREJUDICE to the re-filing of same.

SO ORDERED on this the _____ day of _______________, 2026.

______________________________
**U.S. DISTRICT JUDGE**