**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | **Civil No. 1:26-cv-00491** |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, et al.** | § | |
| **Defendant.** | § | **JURY DEMANDED** |

**ORDER GRANTING DEFENDANTS CESAR DE LEON AND THE ESTATE OF BEN NEECE'S SECOND MOTION TO DISMISS**

On this day the Court considered the Second Motion to Dismiss filed by Defendants Cesar de Leon and the Estate of Ben Neece ("Motion"). The Motion asks the Court to dismiss, with prejudice, Plaintiff's claims against Sheldon in their entirety. The Court, having considered the Motion, any response and any reply thereto, the pleadings on file, and the applicable law, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that Plaintiff's claims against defendants Cesar de Leon and the Estate of Ben Neece are hereby, in their entirety, DISMISSED WITH PREJUDICE to the re-filing of same.

SO ORDERED on this the _____ day of _______________, 2026.

_______________________________
**U.S. DISTRICT JUDGE**