United States District Court
Southern District of Texas
**ENTERED**
October 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-491 |
| | § | |
| CITY OF BROWNSVILLE, *et al.*, | § | |
| Defendants. | § | |

**ORDER**

Defendant Brownsville Firefighters' Association Local 970's Unopposed Motion for Extension of Time (Motion, Doc. 39) seeks an unopposed one-week extension of time to respond to Plaintiff Carlos Alberto Elizondo's First Amended Complaint (Doc. 37). The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Defendant Brownsville Firefighters' Association Local 970 Unopposed Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint (Doc. 39) is **GRANTED**; and

**ORDERED** that by no later than October 16, 2026, Defendant Brownsville Firefighters' Association Local 970 shall file an answer, motion, or responsive pleading to Plaintiff Carlos Alberto Elizondo's First Amended Complaint (Doc. 37).

Signed on October 9, 2026.

Fernando Rodriguez, Jr.

Fernando Rodriguez, Jr.
United States District Judge