**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT SHELDON, INDIVIDUALLY AND AS FIRE CHIEF FOR THE CITY OF BROWNSVILLE, CESAR DE LEON, INDIVIDUALLY AND AS A BROWNSVILLE CITY COMMISSIONER, THE ESTATE OF BEN NEECE, INDIVIDUALLY AND AS A BROWNSVILLE CITY COMMISSIONER, AND THE BROWNSVILLE FIREFIGHTERS ASSOCIATION LOCAL 970** | § | **CIVIL ACTION NO. 1:26-CV-00491** |

**ORDER ON DEFENDANT CITY OF BROWNSVILLE'S SECOND RULE 12(b)(6) MOTION TO DISMISS**

On this day the Court considered Defendant City of Brownsville's Second Rule 12(b)(6) Motion to Dismiss (Doc. 41), Plaintiff's Response, any reply, the pleadings, and the applicable law. The Court ORDERS as follows:

1. The Motion is **GRANTED** as to Count IV against the City of Brownsville, and as to any claim against the City premised solely on Plaintiff's 2019 termination or the computer-access prosecution.
2. The Motion is **DENIED** in all other respects, including as to Counts I, II, III, and V insofar as they arise from the theft and misapplication prosecution that terminated in Plaintiff's favor in April 2025.

IT IS SO ORDERED.

SIGNED on this ____ day of ____________, 20___, at Brownsville, Texas.

________________________________
UNITED STATES DISTRICT JUDGE

xc: Marcus C. Barrera; marcus@bsmlawyers.com and melissa@bsmlawyers.com
Tamara Y Imam; timam@mooneygreen.com
Mark J. Murphy; mmurphy@mooneygreen.com
Matt Bachop; mbachop@ddollaw.com
Kevin M. Curley; kevin@txmunicipallaw.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT SHELDON, INDIVIDUALLY AND AS FIRE CHIEF FOR THE CITY OF BROWNSVILLE, CESAR DE LEON, INDIVIDUALLY AND AS A BROWNSVILLE CITY COMMISSIONER, THE ESTATE OF BEN NEECE, INDIVIDUALLY AND AS A BROWNSVILLE CITY COMMISSIONER, AND THE BROWNSVILLE FIREFIGHTERS ASSOCIATION LOCAL 970** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 1:26-CV-00491** |

**ORDER DENYING DEFENDANT BROWNSVILLE FIREFIGHTERS ASSOCIATION LOCAL 970'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

On this day the Court considered Defendant Brownsville Firefighters Association Local 970's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 44), Plaintiff's Response, any reply, the pleadings, and the applicable law. The Court finds that the Motion should be, and it is hereby, **DENIED**.

IT IS SO ORDERED.

SIGNED on this ____ day of ____________, 20___, at Brownsville, Texas.

______________________________
UNITED STATES DISTRICT JUDGE

xc: Marcus C. Barrera; marcus@bsmlawyers.com and melissa@bsmlawyers.com
Tamara Y Imam; timam@mooneygreen.com
Mark J. Murphy; mmurphy@mooneygreen.com
Matt Bachop; mbachop@ddollaw.com
Kevin M. Curley; kevin@txmunicipallaw.com