**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, JARRETT** | § | |
| **SHELDON, INDIVIDUALLY AND AS** | § | |
| **FIRE CHIEF FOR THE CITY OF** | § | |
| **BROWNSVILLE, CESAR DE LEON,** | § | **CIVIL ACTION NO. 1:26-CV-00491** |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY COMMISSIONER,** | § | |
| **THE ESTATE OF BEN NEECE,** | § | |
| **INDIVIDUALLY AND AS A** | § | |
| **BROWNSVILLE CITY COMMISSIONER,** | § | |
| **AND THE BROWNSVILLE** | § | |
| **FIREFIGHTERS ASSOCIATION** | § | |
| **LOCAL 970** | § | |

**ORDER ON DEFENDANTS CESAR DE LEON'S AND THE ESTATE OF BEN NEECE'S SECOND RULE 12(b)(6) MOTION TO DISMISS**

On this day the Court considered Defendants Cesar De Leon's and the Estate of Ben Neece's Second Rule 12(b)(6) Motion to Dismiss, Including Based on Qualified Immunity (Doc. 42), Plaintiff's Response, any reply, the pleadings, and the applicable law. The Court ORDERS as follows:

1. The Motion is **GRANTED** as to Count IV against Cesar De Leon and the Estate of Ben Neece, and as to any claim against them premised solely on Plaintiff's 2019 termination or the computer-access prosecution.

2. The Motion is **DENIED** in all other respects, including as to Counts I, II, III, and V insofar as they arise from the theft and misapplication prosecution that terminated in Plaintiff's favor in April 2025.

IT IS SO ORDERED.

SIGNED on this ____ day of ____________, 20___, at Brownsville, Texas.

UNITED STATES DISTRICT JUDGE

xc: Marcus C. Barrera; marcus@bsmlawyers.com and melissa@bsmlawyers.com
Tamara Y Imam; timam@mooneygreen.com
Mark J. Murphy; mmurphy@mooneygreen.com
Matt Bachop; mbachop@ddollaw.com
Kevin M. Curley; kevin@txmunicipallaw.com