**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, et al.** | § | **Civil No. 1:26-cv-00491** |
| **Defendants.** | § | |
| | § | |

**CITY DEFENDANTS' MOTION FOR EXTENSION TO FILE REPLY BRIEFS AND REQUEST FOR EXPEDITED RULING**

COME NOW defendants the City of Brownsville, Jarret Sheldon, Cesar de Leon, and the Estate of Ben Neece (collectively "City Defendants" herein) and for the reasons below, ask that the Court extend the current October 30, 2026 deadline for the City Defendants' reply briefs in support of their respective motions to dismiss to November 9, 2026, and would respectfully show as follows:

1. The parties previously briefed motions to dismiss filed by the three City Defendants, as well as a motion to dismiss by the Brownsville Firefighters Association Local 970. After a hearing, the Court permitted Plaintiff to file an amended complaint and entered an order setting a briefing schedule for responsive pleadings, including any motions to dismiss. (Doc. 36).

2. Plaintiff timely filed his First Amended Complaint. (Doc. 37). The City Defendants timely filed their three motions to dismiss on October 9, 2026. (Doc. 40-42). After obtaining an extension, the Brownsville Firefighters Association Local 970 filed its motion to dismiss on October 16, 2026. (Doc. 44).

3. Starting shortly after 3:30 p.m. on the afternoon of Friday, October 23, 2026, Plaintiff timely filed his four response briefs. (Doc. 45-48). This occurred after the City

Defendants' counsel ended his workday due to a family commitment. The City Defendants' counsel was first able to substantively review the three responses on Wednesday, October 28, 2026. This is because over the recent weekend through the evening of Tuesday, October 27, 2026, the City Defendants' counsel was on an out-of-town trip taking his daughter to visit a university for possible attendance next year.

4. Review of Plaintiff's three responses indicates that Plaintiff appears to concede some theories and re-focus the claims in a manner not raised at the prior hearing in this case or in any proper briefing, greatly changing the focus of the claims in this case. Moreover, Plaintiff's responses cite new cases and make new arguments on specific issues relevant to the parties' positions in this case. These new arguments and cases do not pertain to ordinary legal issues, rather they require significant review and development to prepare coherent and appropriate briefing for the Court's consideration. In fact, some of the issues may involve matters of first impression.

5. As the City Defendants' counsel, the undersigned greatly appreciates and respects the Court's briefing schedule, which sets an October 30, 2026 deadline to file reply briefs. Moreover, counsel does not take seeking an extension to the Court's deadline lightly. However, due to the complexity of the issues presented, including perceived changes to the focus in this case, additional time is needed to research and develop the arguments and prepare appropriate briefing for the three separate replies.

6. Not only did the City Defendants' counsel return from a family commitment and out-of-town travel, which precluded substantive review of the responses until today (two days before the deadline), but counsel is in the midst of preparing for oral argument in a civil rights case before the Fifth Circuit scheduled for November 4, 2026. *See Torres v. Byous*, No. 26-

10018, set for oral argument at 9:00 a.m. on November 4, 2026. The assigned panel was just released, and counsel's preparation includes research on additional, specific cases related to same and otherwise generally preparing for oral argument over the next few days and weekend.

7. Based on the foregoing, counsel for the City Defendants moves the Court for an extension of the current October 30, 2026 deadline to file reply briefs and asks for an extension to November 9, 2026 to file the reply briefs in support of the City Defendants' motions to dismiss.

8. This requested extension will allow the City Defendants' counsel to work with other attorneys and paralegals in his office to assist in researching pertinent issues over the next couple of days (while the undersigned participates, but is also required to prepare for the upcoming oral argument), attend oral argument next week in New Orleans, and upon return work with the City Defendants (including the City Attorneys' office and the two commissioner defendants, who are also attorneys) to review and finalize the reply briefs for filing by the following Monday.

9. The City Defendants, through their counsel of record, seek this extension not for delay, but so that the interests of justice and judicial economy are furthered, based on the reasons above and so that counsel can prepare intelligent and appropriate briefing on issues raised in Plaintiff's recent response briefs.

10. There are no pending deadlines in the case other than the current reply briefs, and discovery is currently stayed.

11. Plaintiff opposes the requested extension. Counsel for co-defendant Brownsville Firefighters Association Local 970 does not oppose the extension.

WHEREFORE, PREMISES CONSIDERED, the City Defendants pray that the Court extend and set their deadline to file reply briefs in support of their motions to dismiss to Monday, November 9, 2026 and for such other relief to which the City Defendants may show themselves entitled.

Respectfully submitted,

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**
kevin@txmunicipallaw.com
*Attorney-In-Charge*
State Bar No. 24047314
Southern District Admission 3/1/2007
**MESSER FORT, PLLC**
6371 Preston Road, Suite 200
Frisco, TX 75034
972.668.6400 – Telephone
972.668.6414 – Facsimile
**ATTORNEY FOR THE CITY DEFENDANTS**

## CERTIFICATE OF CONFERENCE

On the 28th day of October 2026, the undersigned conferred with counsel of record on the requested extension. Counsel for co-defendant Brownsville Firefighters Association Local 970 responded that the Association is unopposed to the requested extension. Counsel followed up on October 29, 2026 with Plaintiff's counsel, Marcus Barrera, who advised that Plaintiff is opposed to the requested extension of the reply briefing.

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**

## CERTIFICATE OF SERVICE

A copy of the foregoing was provided to all counsel of record in accordance with the Federal Rules of Civil Procedure by ECF filing on the 29th day of October 2026.

*/s/ Kevin M. Curley*
**KEVIN M. CURLEY**