**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **CARLOS ALBERTO ELIZONDO** | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | |
| **CITY OF BROWNSVILLE, et al.** | § | **Civil No. 1:26-cv-00491** |
| **Defendants.** | § | |
| | § | |

**ORDER ON CITY DEFENDANTS' MOTION TO EXTEND TIME TO FILE REPLY BRIEFS**

On this day the Court considered the motion to extend time to file reply briefs in support of the City Defendants' (City of Brownsville, Jarrett Sheldon, Cesar de Leon, and The Estate of Ben Neece) Motions to Dismiss (Doc. 40-42).

Upon considering the City Defendants' Motion, the Court is of the opinion that same should be **GRANTED** and the City Defendants' deadline to file reply briefs to respond to Plaintiff's October 23, 2026 responses is extended to **November 9, 2026**.

SIGNED this _____ day of _________________, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE