United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-491 |
| | § | |
| CITY OF BROWNSVILLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Defendants City of Brownsville, Jarret Sheldon, Cesar de Leon, and the Estate of Ben Neece (collectively "City Defendants") seek an opposed extension of time to file replies to their respective Motions to Dismiss. (Motion, Doc. 49) The Court finds that good cause supports a one-week extension of the indicated deadlines. Accordingly, it is:

**ORDERED** that City Defendants' Motion for Extension to File Reply Briefs and Request for Expedited Ruling (Doc. 49) is **GRANTED IN PART**, to the extent indicated in this Order; and

**ORDERED** that by no later than November 6, 2026, City Defendants shall file reply briefs in support of their respective Motions to Dismiss (Docs. 40–42).

Signed on October 29, 2026.

Fernando Rodriguez, Jr.
Fernando Rodriguez, Jr.
United States District Judge