**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00491 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BROWNSVILLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BROWNSVILLE FIREFIGHTERS ASSOCIATION LOCAL 970'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SECOND MOTION TO DISMISS AND REQUEST FOR EXPEDITED RULING**

Defendant Brownsville Firefighters Association Local 970 (hereinafter "Union" or "Local 970"), by and through undersigned counsel, respectfully requests a one-week extension of the present deadline to file a reply brief in support of its pending Motion to Dismiss Plaintiff's First Amended Complaint ("FAC") (Doc. 44). In support of this motion, and as good cause shown, the Union states as follows:

1. On March 31, 2026, Plaintiff filed suit against the City of Brownsville and various City officials (the "City Defendants") and Local 970 in Texas state court. The City Defendants removed the case to this Court on May 1, 2026. (Doc. 1). Local 970 timely consented to the removal. (Doc. 17).

2. The Union and the City Defendants each filed motions to dismiss Plaintiff's Complaint. (Docs. 9-11, 18). The Court heard argument on the motions on September 1, 2026 and ultimately granted Plaintiff leave to amend his Complaint. *See* Doc. 36.

3. After the conclusion of the hearing, the Court entered an Order (Doc. 36) establishing, *inter alia*, the following case deadlines:

a. September 18, 2026 – deadline for Plaintiff to file an amended complaint;

b. October 9, 2026 – deadline for each Defendant to file an answer, motion, or responsive pleading to the Amended Complaint;

c. October 23, 2026 – deadline for Plaintiff to file a response to any motion filed by a Defendant;

d. October 30, 2026 – deadline for Defendants to file a reply.

4. Plaintiff filed his FAC on the September 18, 2026 deadline. (Doc. 37). On the undersigned's motion, the Court granted the Union an extension until October 16, 2026 to respond to the FAC. (Docs. 39, 43).

5. The Union timely filed a Motion to Dismiss the FAC (Doc. 44). Plaintiff filed responses in opposition to the Union's and the City Defendants' respective motions to dismiss on October 23, 2026 (Docs. 45-48), making the reply deadline October 30, 2026. *See* Doc. 36; L.R. 7.4E.

6. On October 29, 2026, the Court granted the City Defendants a one-week extension, until November 6, 2026, to file their reply brief. *See* Docs. 49, 50.

7. The Union now respectfully requests that the Court also extend the deadline to file its reply brief until November 6, 2026.

8. While the Union continues to work diligently in litigating this case, due to conflicting deadlines, the press of other business, and multiple interruptions in childcare as a result of recurring illness in undersigned counsel's young child, the Union requires additional time to prepare a thoughtful reply to Plaintiff's opposition brief.

9. The Union therefore respectfully requests that the deadline to file its reply brief be extended to November 6, 2026, consistent with the Court's October 29, 2026 Order (Doc. 50) granting the same to the City Defendants.

10. The Union makes this request in advance of the existing October 30, 2026 deadline to file its reply brief. This request is made in good faith and in the interest of advancing judicial efficiency and economy, not for purposes of delay.

11. Prior to the filing of this motion, undersigned counsel conferred with counsel for all parties. Plaintiff opposes the request. The City Defendants consent to the request.

Respectfully submitted,

/s/Tamara Y. Imam
Tamara Y. Imam (*Pro Hac Vice Motion to be filed*)
Mark J. Murphy (*Admitted Pro Hac Vice*)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1620 Eye Street, NW, Suite 700
Washington, DC 20006
timam@mooneygreen.com
mmurphy@mooneygreen.com

/s/Matt Bachop
Matt Bachop
Deats Durst & Owen, P.L.L.C.
2901 Bee Caves Rd., Ste. L
Austin, TX 78746
mbachop@ddollaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a copy of the foregoing Motion for Extension of Time to Respond to File Reply in Support of Second Motion to Dismiss was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

*/s/ Tamara Y. Imam*
Tamara Y. Imam