**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:26-cv-00491 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF BROWNSVILLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Brownsville Firefighters Association Local 970's Motion for Extension of Time to Respond to File Reply in Support of Second Motion to Dismiss, it is ORDERED by the Court, this _____ day of October, 2026:

1. Defendant Local 970's Motion is hereby **GRANTED.**

2. The deadline for Defendant Local 970 to file a reply in support of its Second Motion to Dismiss is extended to **November 6, 2026**.

BY THE COURT

___________________________
United States District Judge

_______________
Date