United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS ALBERTO ELIZONDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-491 |
| | § | |
| CITY OF BROWNSVILLE, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Defendant Brownsville Firefighters Association Local 970 seeks an opposed extension of time to file a reply to its Motion to Dismiss. (Motion, Doc. 51) The Court finds that good cause supports a one-week extension of the indicated deadline. Accordingly, it is:

**ORDERED** that Defendant Brownsville Firefighters Association Local 970's Motion for Extension of Time to File Reply in Support of Second Motion to Dismiss and Request for Expedited Ruling (Doc. 51) is **GRANTED**; and

**ORDERED** that by no later than November 6, 2026, Brownsville Firefighters Association Local 970 shall file its reply brief in support of its Second Motion to Dismiss (Doc. 44).

Signed on October 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge